

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PETER CHANN YOO KO,<br><br>　　　　A Fugitive from the<br>　　　　Government of the<br>　　　　Republic of Korea. | No. CV 17-8987 PA (AGR)<br><br>CERTIFICATION OF EXTRADITABILITY<br>AND ORDER OF COMMITMENT |

　　　Having held an extradition hearing on April 17, 2018, and after considering the evidence, in particular, the certified and authenticated documents submitted by the Government of the Republic of Korea ("Korea"), and the pleadings and the arguments of both counsel, the Court finds and certifies to the Secretary of State as follows:

　　　1.　　This Court has jurisdiction over, and the undersigned is authorized to conduct, extradition proceedings pursuant to Title 18

U.S.C. § 3184 and General Order 05-07;

2. This Court has personal jurisdiction over PETER CHANN YOO KO ("Fugitive") found and arrested on October 3, 2017, in this District pursuant to a complaint filed by the United States in response to the request of the government of the Republic of Korea ("Korea") for the arrest and extradition of the Fugitive;

3. The Extradition Treaty Between the Government of the United States of America and the Government of the Republic of Korea, U.S.-S. Korea, June 9, 1998, S. Treaty Doc. No. 106-2 (1999) ("Treaty"), entered into force on December 20, 1999, was in full force and effect at all times relevant to this action;

4. The PETER CHANN YOO KO sought by the Korean authorities and the PETER CHANN YOO KO arrested in this District for extradition and brought before this Court are one and the same person;

5. The Fugitive has been charged in Korea with Inflicting or Causing Another's Bodily Injury by Rape, in violation of Articles 301 and 297 of Korea's Criminal Act. A violation of Article 301 occurs when a person commits any of the crimes of Articles 297 and 300. Article 300 states that an attempt to commit any of the crimes of Article 297 shall be punished. The Government of Korea has jurisdiction over this criminal conduct;

6. The above referenced Treaty between the United States and Korea, pursuant to Article 2, encompasses the offense for which the Fugitive has been charged and for which extradition is sought for trial;

7. The Government of Korea submitted documents that were properly authenticated and certified in accordance with

18 U.S.C. § 3190. Those documents include the pertinent text for the crime with which the Fugitive has been charged;

8. There is probable cause to believe that the Fugitive before this Court, the same person identified in the extradition request from the Government of Korea, committed the offense for which extradition is sought;

9. The evidence before this Court is sufficient to justify the Fugitive's committal for trial, on felony charges, had the offense with which he is accused of having committed occurred in the United States. This finding rests upon the documents submitted by the Government of Korea in this matter, including, but not limited to, the following statement the victim made to Korean authorities on February 26, 2013:

> 10. The moment I entered the motel room, I sat on a single sofa and called a taxi from Ilsan. While I was making the call, the [Fugitive] took off all his clothes and approached me. The he sat on the edge of the sofa I was sitting on, and told the person over the phone to come 30 minutes later. I told the person over the phone to come as soon as possible and hung up, and the [Fugitive] leaned against my body, pushed his head toward me, and tried to kiss while attempting to put his hand inside my blouse. I pushed him away and tried to calm him down by saying, 'What are you doing? You are so much older than me. Why are you doing this? You will regret this when you wake up tomorrow morning.' Then the [Fugitive] continued to say, 'Let's have sexual intercourse? Is that so hard? If it was

|     | someone else they would have let me do it already.' I was |
| --- | --- |
| 1 | |
| 2 | really bewildered and told him that I will hit him if he |
| 3 | continued, and the [Fugitive], without any clothes on, told |
| 4 | me to try. I hit him, and he pushed me down on the bed and |
| 5 | tried to touch me. I pushed him away several times with my |
| 6 | hands and barely managed to stand up, and I told him that I |
| 7 | will kick him if he continued. The [Fugitive], still |
| 8 | without any clothes on, did not move away, so I kicked him |
| 9 | in the body. As I kicked him, he held on to my foot and my |
| 10 | body went off the ground as the [Fugitive] held on to my |
| 11 | foot and I hit the back of my head and right elbow on the |
| 12 | ground. I lost consciousness and laid there for some time, |
| 13 | and after regaining consciousness, I stood up, picked up my |
| 14 | bag, struck the [Fugitive] in the body and pushed him |
| 15 | toward the bathroom. I cursed and talked down the |
| 16 | [Fugitive], and told him that I would report to the police |
| 17 | taking his jacket as a proof since there were no records of |
| 18 | him as a foreigner in Korea. I left the motel room |
| 19 | afterward. |

(Docket No. 17-1 at 92-93.)

THEREFORE, pursuant to 18 U.S.C. § 3184, the above findings and any incorporate findings of fact and conclusions of law stated at the extradition hearing, the Court certifies the extradition of the Fugitive, PETER CHANN YOO KO, to the Republic of Korea, on the offense for which extradition was requested, and commits the Fugitive to the custody of the United States Marshal pending further decision on extradition and surrender by the Secretary of State pursuant to

```
1  18 U.S.C. § 3186.
2       IT IS FURTHER ORDERED that the Clerk of this Court forward a
3  certified copy of this Certification and Committal for Extradition,
4  together with a copy of the evidence presented in this case,
5  including the formal extradition documents received in evidence and
6  any testimony received in this case, to the Secretary of State.
7       IT IS SO ORDERED.
```

May 1, 2018
Date



HONORABLE ALICIA G. ROSENBERG

1192